**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **IN RE: ZOFRAN® (ONDANSETRON) PRODUCTS LIABILITY LITIGATION** | MDL no. 1:15-md-2657-FDS |
| Karla Rodriguez and Edward Rodriguez, Individually and as Parents and Natural Guardians of M.R., a Minor, | This document relates to: |
|  | Case No. 1:15-cv-13762 |
| Plaintiffs, | ORAL ARGUMENT REQUESTED |
| v. GlaxoSmithKline LLC, |  |
| Defendant. |  |

**GLAXOSMITHKLINE LLC'S**
**MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF RA-ID**
**ABDULLA, M.D. UNDER FEDERAL RULE OF EVIDENCE 702**

GlaxoSmithKline LLC ("GSK") moves to exclude the specific causation testimony of Ra-id Abdulla, M.D. under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 586 (1993). GSK contemporaneously submits its Memorandum in Support of this Motion.

## **REQUEST FOR HEARING**

GSK hereby requests oral argument on all matters raised in its Motion to Exclude, as well as all matters raised in any opposition thereto submitted by Plaintiffs.

DATED:  June 28, 2019

Respectfully submitted,

 */s/Thomas Sheehan*
Thomas Sheehan
Eva Canaan
PHILLIPS LYTLE  L.L.P.
One Canalside
125 Main Street
Buffalo, NY 14203-2887
tsheehan@phillipslytle.com
ecanaan@phillipslytle.com

Madeleine M. McDonough
Jennifer M. Stevenson
Jennifer Stonecipher Hill
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mmcdonough@shb.com
jstevenson@shb.com
jshill@shb.com
*Admitted pro hac vice*

Attorneys for Defendant GlaxoSmithKline LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent via first class mail to those identified as non-registered participants.

/s/ *Jennifer Stonecipher Hill*
Jennifer Stonecipher Hill