UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ZOFRAN (ONDANSETRON) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 1:15-md-2657-FDS |
| This Document Relates To: ) ) KARLA RODRIGUEZ, et al., v. ) GLAXOSMITHKLINE LLC, ) 1:15-cv-13762-FDS ) ) |  |

## PRETRIAL SCHEDULING ORDER

**SAYLOR, J.**

The following deadlines shall apply and are modifiable only by leave of court:

| Date | Event |
|---|---|
| November 22, 2019 | **Deposition Designations**<br><br>The parties shall exchange deposition designations for all witnesses who the party believes, in good faith, will be presented at trial in that party's case-in-chief by deposition, whether by transcript or video, by November 22, 2019.<br><br>The parties may present deposition testimony of any other witness only by agreement of the parties, as a rebuttal witness, or by leave of court with good cause shown. |
| December 5, 2019 | **Motions *in Limine***<br><br>The parties shall file motions *in limine* (other than those related to deposition designations) and supporting memoranda of law by December 5, 2019.<br><br>To the extent that motions *in limine* are filed at least one week in advance of the deadline, the deadline for responses will be governed by Local Rule 7.1(b), unless the parties agree otherwise or by leave of court. The parties shall meet and confer pursuant to the local rules before the filing of any motion. |

| | |
|---|---|
| December 6, 2019 | **Disclosure of Exhibit Lists**<br><br>The parties shall identify each document and exhibit that the party intends to use at trial by December 6, 2019. The disclosure shall include any document Bates number, as well as the beginning and ending Bates numbers if applicable. Copies of the exhibit lists shall be provided in electronic searchable form (either searchable PDF or Excel). |
| December 6, 2019 | **Disclosure of Witness Lists**<br><br>The parties shall identify each witness that the party intends to use at trial by December 6, 2019. Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall disclose the name, address, and telephone number of its witnesses, including experts, separately identifying those the party (1) will call at trial, and (2) may call to testify at trial if the need arises.<br><br>This list shall also indicate whether a witness will be presented by deposition and, if so, which transcript will be used. |
| December 13, 2019 | **Proposed Jury Instructions, Questionnaires and Verdict Form**<br><br>The parties shall file proposed jury instructions, jury questionnaires, and verdict forms by December 13, 2019. |
| December 18, 2019 | **Objections to Deposition Designations and Counter-Designations**<br><br>Any opposing party shall serve objections or counter designations to any deposition designation by December 18, 2019. |

| | |
|---|---|
| December 20, 2019<br><br>By 12:00 noon | **Oppositions to Motions** *in Limine*<br><br>Unless otherwise agreed or ordered by the Court, the parties shall file oppositions to motions *in limine* by December 20, 2019. |
| December 30, 2019 | **Further Objections to Deposition Designations and Counter-Designations**<br><br>The originally designating party shall serve objections and/or counter-designations to deposition designations by December 30, 2019. |
| January 6, 2020 | **Trial Briefs**<br><br>The parties may submit trial briefs, not to exceed 15 pages in length, on case-specific issues by January 6, 2020. |
| January 9, 2020 | **Final Pretrial Conference** |

**So Ordered.**

Dated: October 17, 2019

/s/ F. Dennis Saylor
F. Dennis Saylor, IV
United States District Judge